IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
4:11-CV-00211-D

| | |
|---|---|
| JERRY L. PACE, SR., Administrator of the Estate of JERRY L. PACE, JR.,<br><br>             Plaintiff,<br>v.<br><br>STEVE SMITH, individually and in his official capacity as former Chief of Police of the city of Williamston Police Department, North Carolina; JAMES GRUBB, Chief of Police of the City of Williamston Police Department, North Carolina; DAN GIBBS, individually and in his official capacity as the Sheriff of Martin County; DAVID LUCIDO, individually and in his official capacity as a Williamston North Carolina police officer; KEITH OWEN, individually and in her official capacity as a Williamston North Carolina police officer; UNKNOWN OFFICERS, individually and in their Official capacity as a Williamston North Carolina police officer; and UNKNOWN DEPUTIES, individually and in their official capacity as Martin County Sheriff Deputies,<br><br>            Defendants. | **ORDER ALLOWING DEFENDANT DAN GIBBS AND UNKNOWN DEPUTIES TO BE INCLUDED IN LIMITED STAY OF DISCOVERY** |

On March 29, 2012, defendants Steve Smith, David Lucido, and Keith Owen (the "Williamston Defendants") filed a motion for a limited stay of discovery, save for that discovery directly related to facts concerning the issue of qualified immunity, until the Court rules upon said defendants' qualified immunity from suit in this action. [D.E. 28.] On May 25, 2012, this Court granted said motion. [D.E. 33.]

On June 6, 2012, defendants Dan Gibbs and Unknown Deputies (the "Martin County Defendants") filed a motion to be included in this limited stay, and represented that the plaintiff's counsel does not oppose this motion. [D.E. 34.]

The Martin County Defendants are law enforcement officers and have raised the same affirmative defense of qualified immunity as the Williamston Defendants. It will therefore be efficient for said defendants to be included in the Court's limited stay of discovery on the issue of qualified immunity. It appearing that all parties consent, it is therefore ordered by this Court that discovery in this matter is stayed pending the Court's resolution of the issue of qualified immunity from suit for the Williamston and the Martin County defendants alike.

SO ORDERED. This 29 day of June 2012.

JAMES C. DEVER III
Chief United States District Judge